This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff and the defendant takes writ of error. Writ of error dismissed on motion of the Attorney General. counsel for the defendant in error.

---

State of Florida *ex rel.* W. H. Milton, as Administrator de bonis non of Peter Gillett, Plaintiff in Error, v. J. C. McKinnon as County Judge of Jackson county, Florida, and D. L. McKinnon, and John Capehart as Administrator of Mary Gillett, deceased, Defendants in Error.

(Supreme Court of Florida, *En Banc,* February 17, 1909.)

Writ of error to Circuit Court, Jackson county; J Emmet Wolfe, Judge.

Liddon & Carter, for Plaintiff in Error.

D. L. McKinnon, for Defendants in Error.

This action was brought by the plaintiff in error against the defendants in error. There was judgment for the defendants in error and plaintiff takes writ of error. Writ of error dismissed on motion of counsel for the defendants in error.

---

George Stokes, Plaintiff in Error, v. The State of Florida, Defendant in Error.

(Supreme Court of Florida, *En Banc,* January 26, 1909.)

Writ of error to Circuit Court, Escambia county; J Emmet Wolfe, Judge.

No appearance for the Plaintiff in Error.

Park Trammell, Attorney General, for the State.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff and the defendant takes writ of error. Writ of error dismissed on motion of the Attorney General, counsel for the defendant in error. ,

---

John D. Robertson, Appellant, v. Silver Springs & Western Railroad Company, Appellee.

(Supreme Court of Florida, *En Banc,* March 16, 1909.)

Appeal from Circuit Court, Marion county; William S. Bullock, Judge.

Davis & Martin, for Appellant.

H. M. Hampton, for Appellee.

This action was brought by the appellant against the appellee. There was an order adjudging the complainant to be guilty of contempt in violating an injunctional order and the complainant appeals. The appeal is dismissed on the authority of Florida Central & Peninsular